UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMEEN DENISE WASHINGTON,

                Plaintiff,

-against-

PROFESSIONAL CLAIMS BUREAU,

                Defendant.

23-CV-9592 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff filed this action *pro se*. On January 16, 2024, the Court dismissed the action for lack of subject matter jurisdiction, noted that Plaintiff had filed 11 other cases of which the court lacked subject matter jurisdiction, and ordered Plaintiff, within 30 days, to show cause by declaration why she should not be barred from filing further actions *in forma pauperis* ("IFP") in this court without prior permission. Plaintiff has not filed a declaration as directed. Accordingly, the bar order will issue.

## CONCLUSION

      The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

      Plaintiff is further warned that the continued submission of complaints, of which the court lacks subject matter jurisdiction, may result in the imposition of additional sanctions, including monetary penalties. *See id.* The Clerk of Court is directed to close this action and terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   March 4, 2024
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge