UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMEEN DENISE WASHINGTON,<br><br>         Plaintiff,<br><br>-against-<br><br>PROFESSIONAL CLAIMS BUREAU,<br><br>         Defendant. | 23-CV-9592 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 4, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 4, 2024
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge